UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>K. JOHNSON; et al.,<br><br>    Defendants - Appellees. | No. 07-17253<br>D.C. No. CV-06-02261-MCE<br><br>**ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____

*(signature)*

Judge
United States District Court

Date: 1.9.2008